United States District Court
Southern District of Texas
**ENTERED**
February 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| KIMBERLY JO MOSBY, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:25-CV-220 |
| § | |
| ELON MUSK and SPACEX, § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiff Kimberly Jo Mosby filed this action under the RICO Act. (Compl., Doc. 1)  In October 2025, a United States Magistrate Judge issued a Notice and Order (Doc. 10), requesting that Mosby cure deficiencies in her Complaint and file an amended complaint compliant with the Federal Rules of Civil Procedure.  Mosby made no subsequent filings, and the Magistrate Judge issued a Report and Recommendation (Doc. 13) recommending that Mosby's claims be dismissed without prejudice for want of prosecution.  No party filed objections.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).  The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 13).  It is:

**ORDERED** that Plaintiff Kimberly Jo Mosby's causes of action are **DISMISSED** without prejudice for want of prosecution.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on February 10, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge